| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) NOEL, FRANKLIN L. | 2. Court or Organization U. S. DISTRICT COURT | 3. Date of Report 05/11/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. MAGISTRATE JUDGE (FULL) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

9W UNITED STATES COURTHOUSE
300 SOUTH 4TH STREET
MINNEAPOLIS, MINNESOTA 55415

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | University of Minnesota Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 05/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ **NONE** *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 1-5/14 | University of Minnesota Law School; wages | $4,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ **NONE** *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1-12/2014 | Marketing Minds, salary; supplemental distribution |
| 2. | 1-12/2014 | General Mills, Inc. Pension Benefits |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ **NONE** *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Brokerage Account #1 | | | | | | | | | |
| 2. - - Apple, Inc (AAPL) | C | Dividend | K | T | | | | | |
| 3. - -CNA Financial Group (CNA) | A | Dividend | J | T | | | | | |
| 4. - -Chicago Bridge (CBI) (X) | A | Dividend | J | T | | | | | |
| 5. - -E.I. dePont de Nemours (DD) | A | Dividend | J | T | | | | | |
| 6. - -Fresh DelMonte Produce (FDP) | A | Dividend | J | T | | | | | |
| 7. - -Flextronics International, Ltd. (FLEX) | | None | J | T | | | | | |
| 8. - -Gannett Co., Inc. (GCI) | A | Dividend | K | T | | | | | |
| 9. - -General Electric Co. (GE) | A | Dividend | J | T | | | | | |
| 10. - -Goldcorp Inc. (GG) | A | Dividend | J | T | | | | | |
| 11. - -Home Depot, Inc. (HD) | A | Dividend | K | T | | | | | |
| 12. - -Humana, Inc. (HUM) | A | Dividend | J | T | | | | | |
| 13. - -Imation Corp. (IMN) | | None | J | T | | | | | |
| 14. - -ION Geophysical Corp. (IO) | | None | J | T | | | | | |
| 15. - -Japan Smaller Cap Fund (JOF) | A | Dividend | J | T | | | | | |
| 16. - -Southwest Airlines (LUV) | A | Dividend | J | T | | | | | |
| 17. - -Newmont Mining Corp. (NEM) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - -Newport Corporation (NEWP) | | None | J | T | | | | | |
| 19.   - -Newell Rubbermaid, Inc. (NWL) | A | Dividend | J | T | | | | | |
| 20.   - -Planar Systems, Inc. (PLNR) | | None | J | T | | | | | |
| 21.   - -Regis Corporation (RGS) | A | Dividend | J | T | | | | | |
| 22.   - -Sony Corporation (ADR) (SNE) | A | Dividend | J | T | | | | | |
| 23.   - -Steris Corporation (STE) | A | Dividend | J | T | | | | | |
| 24.   - -Superior Industries Int'l, Inc. (SUP) | A | Dividend | J | T | | | | | |
| 25.   - -Tecumseh Products Company (TECUA) | | None | J | T | | | | | |
| 26.   - -U.S. Bancorp (USB) | A | Dividend | J | T | | | | | |
| 27.   - -Wausau Paper Corp. (WPP) | A | Dividend | J | T | | | | | |
| 28.   - -Zygo Corporation (ZIGO) | | None | | | Sold | 06/20/14 | J | B | |
| 29.   - -Wells Fargo Money Market FD | A | Interest | L | T | Buy (add'l) | 06/20/14 | J | | |
| 30.   Wells Fargo Brokerage Account #2 | | | | | | | | | |
| 31.   - -Amerisource Bergen Corp. (ABC) | A | Dividend | K | T | | | | | |
| 32.   - -ACE Limited (ACE) | A | Dividend | K | T | | | | | |
| 33.   - -Aviat Networks, Inc. (AVNW) | | None | J | T | | | | | |
| 34.   - -Baxter International, Inc. (BAX) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - -ConAgra Foods, Inc. (CAG) | A | Dividend | J | T | | | | | |
| 36. - -Center Point Energy, Inc. (CNP) | A | Dividend | K | T | | | | | |
| 37. - -CONSOL Energy, Inc. (CNX) | A | Dividend | K | T | | | | | |
| 38. - -CONOCOPhillips (COP) | B | Dividend | K | T | | | | | |
| 39. --Phillips 66 (psx) | A | Dividend | K | T | | | | | |
| 40. - -Dean Foods Company (DF) | | None | J | T | | | | | |
| 41. - -Devon Energy Corporation (DVN) | A | Dividend | K | T | | | | | |
| 42. - -Embraer, SA (ADR) (ERJ) | A | Dividend | J | T | | | | | |
| 43. - -Harris Corporation (HRS) | A | Dividend | L | T | | | | | |
| 44. - -Lorillard, Inc. (LO) | B | Dividend | K | T | | | | | |
| 45. - -Mueller Industries, Inc. (MLI) | A | Dividend | J | T | | | | | |
| 46. - -Nokia Corporation (ADR) (NOK) | A | Dividend | J | T | | | | | |
| 47. - -Stanley Black & Decker, Inc. (SWK) | A | Dividend | K | T | | | | | |
| 48. --Whiteware Foods (WWAV) | | None | J | T | | | | | |
| 49. - -Wells Fargo accounts WF money market FD | A | Interest | N | T | | | | | |
| 50. Wells Fargo IRA Account #1 | | | | | | | | | |
| 51. - -AOL, Inc. (AOL) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - -Citigroup, Inc. (C) | A | Dividend | J | T | | | | | |
| 53. - -Cisco Systems, Inc. (CSCO) | A | Dividend | J | T | | | | | |
| 54. - -Diageo, plc (ADR) (DEO) | A | Dividend | K | T | | | | | |
| 55. - -Dodge & Cox Int'l Stock Fund (DODFX) | A | Dividend | L | T | | | | | |
| 56. --Wells Fargo Adv. Int'l Eq Fund WFEAX | A | Dividend | K | T | | | | | |
| 57. - -International Business Machine Corp. (IBM) | A | Dividend | K | T | | | | | |
| 58. - -Intel Corporation (INTC) | A | Dividend | K | T | | | | | |
| 59. - -Nu Skin Enterprises, Inc. (NUS) | B | Dividend | K | T | | | | | |
| 60. - -New York Community Bancorp, Inc. (NYCB) | B | Dividend | K | T | | | | | |
| 61. - -Mutual Quest Fund Class A (TEQIX) | B | Dividend | K | T | | | | | |
| 62. - -Time Warner Cable, Inc. (TWC) | A | Dividend | J | T | | | | | |
| 63. - -Time Warner, Inc. (TWX) | A | Dividend | J | T | | | | | |
| 64. --Pimco All Asset Fund (PAUCX) | B | Dividend | K | T | | | | | |
| 65. - -cash | A | Interest | M | T | | | | | |
| 66. Wells Fargo IRA Account #2 | | | | | | | | | |
| 67. - -Becton, Dickinson and Co. (BDX) | A | Dividend | K | T | | | | | |
| 68. - -ConocoPhillips (COP) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Phillips 66 (PSX) | A | Dividend | J | T | | | | | |
| 70. - -Mutual Quest Fund Z (MQIFX) | C | Dividend | M | T | | | | | |
| 71. - -Novartis, AG (ADR) (NVS) | B | Dividend | L | T | | | | | |
| 72. - -Proctor & Gamble Company (PG) | A | Dividend | K | T | | | | | |
| 73. - -The Travelers Companies, Inc. (TRV) | A | Dividend | K | T | | | | | |
| 74. --Pimco Inc. Fund (PONCX) | B | Dividend | L | T | | | | | |
| 75. - -cash | A | Interest | N | T | | | | | |
| 76. Wells Fargo IRA Account #3 | | | | | | | | | |
| 77. - -AOL, Inc. (AOL) | | None | J | T | | | | | |
| 78. --SPDR ETF (DIA) | B | Dividend | L | T | | | | | |
| 79. - - S&P 500 Dep. Recp't Unit Ser 1 (SPY) | A | Dividend | K | T | | | | | |
| 80. - -Time Warner (Cable) (TWC) | A | Dividend | J | T | | | | | |
| 81. - -Time Warner (TWX) | A | Dividend | J | T | | | | | |
| 82. - -cash | A | Interest | K | T | | | | | |
| 83. Wells Fargo IRA Account #4--WF Adv Large Cap Fund (STRFX) | | None | J | T | | | | | |
| 84. Wells Fargo Bank Cash Accounts | C | Interest | O | T | | | | | |
| 85. Schwab Brokerage Account #1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - -BP Plc (ADR) (BP) | B | Dividend | K | T | | | | | |
| 87.  - -DaimlerChrysler (CX formerly DDAIF) | A | Dividend | J | T | | | | | |
| 88.  - -Darden Restaurants, Inc. (DRI) | A | Dividend | K | T | | | | | |
| 89.  - -Dow Chemical Company (DOW) | A | Dividend | K | T | | | | | |
| 90.  - -Energen Corporation (EGN) | A | Dividend | J | T | | | | | |
| 91.  - -Exxon Mobil Corporation (XOM) | A | Dividend | K | T | | | | | |
| 92.  - -Frontier Communications Corp. (FTR) | A | Dividend | J | T | | | | | |
| 93.  - -General Electric Company (GE) | A | Dividend | K | T | | | | | |
| 94.  - -General Mills, Inc. (GIS) | B | Dividend | L | T | | | | | |
| 95.  - -Honeywell International, Inc. (HON) | B | Dividend | L | T | | | | | |
| 96.  - -Iberdrola SA (IBDRY) | A | Dividend | J | T | | | | | |
| 97.  - -JM Smucker Company (SJM) | A | Dividend | J | T | | | | | |
| 98.  - -Johnson & Johnson (JNJ) | B | Dividend | L | T | | | | | |
| 99.  - -Kellogg Company (K) | B | Dividend | K | T | | | | | |
| 100.  - -KeyCorp. (KEY) | A | Dividend | J | T | | | | | |
| 101.  - -MBIA, Inc. (MBI) | | None | J | T | | | | | |
| 102.  - -Norfolk Southern Corporation (NSC) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  --Nu Skin (NUS) | A | Dividend | K | T | | | | | |
| 104.  - -Piper Jaffray Companies (PJC) | | None | J | T | | | | | |
| 105.  - -Power Shares QQQ trust, Ser. 1 (QQQ) | A | Dividend | K | T | | | | | |
| 106.  - -Proctor & Gamle Company (PG) | A | Dividend | K | T | | | | | |
| 107.  - -SPDR S&P 500 (ETF) (SPY) | A | Dividend | K | T | Buy (add'l) | 09/16/14 | K | | |
| 108.  --SPDR ETF fka Diamond Trust Series Mutual Fund (DIA) | A | Dividend | J | T | | | | | |
| 109.  - -SuperValu, Inc. (SVU) | A | Dividend | J | T | | | | | |
| 110.  - -Surmodics, Inc. (SRDX) | | None | J | T | | | | | |
| 111.  - -Target Corporation (TGT) | A | Dividend | K | T | | | | | |
| 112.  - -Textron, Inc. (TXT) | A | Dividend | K | T | | | | | |
| 113.  - -US Bancorp (USB) | A | Dividend | K | T | | | | | |
| 114.  - -Verizon Communications, Inc. (VZ) | A | Dividend | J | T | | | | | |
| 115.  - -Washington Real Estate Investment T (WRE) | A | Dividend | K | T | | | | | |
| 116.  - -Pimco High Yield Institutional sharles (PHIYX) | C | Dividend | K | T | | | | | |
| 117.  - -Schwab S&P 500 Index Fund (SWPPX) | A | Dividend | K | T | | | | | |
| 118.  - -US Treasury due 8/15/23 | A | Interest | J | T | | | | | |
| 119.  - -Schwab cash reserves (SWSXX) | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Kinder/Morgan (KMI) | A | Dividend | J | T | | | | | |
| 121. SCHWAB 401(k) account | | | | | | | | | |
| 122. --Schwab Money Mkt Fund (SWMXX) | A | Dividend | L | T | Buy (add'l) | 02/18/14 | L | | |
| 123. - -Becton Dickinson (BDX) | A | Dividend | K | T | Buy (add'l) | 01/07/14 | J | | |
| 124. - -International Business Machines (IBM) | B | Dividend | L | T | | | | | |
| 125. - -New York Community Bancorp, Inc. (NYB) | B | Dividend | K | T | | | | | |
| 126. - -NuSkin Enterprises (NUS) | B | Dividend | K | T | | | | | |
| 127. --Novartis (NVS) | A | Dividend | J | T | | | | | |
| 128. --Nuance (NUAN) | | None | K | T | | | | | |
| 129. | | | | | | | | | |
| 130. OAKMARK Intl Fund (OAKIX) | B | Dividend | K | T | | | | | |
| 131. | | | | | | | | | |
| 132. GABELLI Small Cap (GABSX) | A | Dividend | J | T | | | | | |
| 133. Charles Schwab Bank | A | Interest | K | T | | | | | |
| 134. Morgan Stanley Brokerage Account | | | | | | | | | |
| 135. - -Citibank NA | A | Interest | N | T | | | | | |
| 136. - -AT&T (T) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - -Alcatel Lucent (ALU) | | None | J | T | | | | | |
| 138. --Boeing (BA) | B | Dividend | M | T | | | | | |
| 139. - -Comcast Corp. (CMCSA) | A | Dividend | J | T | | | | | |
| 140. --EXELON Corp (EXC) | A | Dividend | J | T | | | | | |
| 141. - -Dow Chemical (DOW) | A | Dividend | J | T | | | | | |
| 142. - -Edison International (EIX) | A | Dividend | J | T | | | | | |
| 143. --Kinder/Morgan, Inc. (KMI) | A | Dividend | J | T | | | | | |
| 144. - -Energen Corp. (EGN) | A | Dividend | K | T | | | | | |
| 145. - -IBERDROLA (IBDRY) | A | Dividend | J | T | | | | | |
| 146. - -LSI Corp. (LSI) | | None | J | T | | | | | |
| 147. - -National Fuel Gas (NFG) | A | Dividend | K | T | | | | | |
| 148. - -PG&E (PCG) | A | Dividend | J | T | | | | | |
| 149. - -PNC Financial Services (PNC) | A | Dividend | J | T | | | | | |
| 150. - -Praxair, Inc. (PX) | A | Dividend | J | T | | | | | |
| 151. --CenturyLink (CTL) Comm.(Q | A | Dividend | J | T | | | | | |
| 152. - -Contra Seahawk | | None | J | T | | | | | |
| 153. - -Sempra Energy (SRE) | A | Dividend | K | T | | | | | |

| | | |
|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - -USEC, Inc. (USU) (See Part VIII) | | None | | | Merged (with line 161) | 09/30/14 | J | | |
| 155.  - -Verizon (VZ) | A | Dividend | J | T | | | | | |
| 156.  - -Vodafone Group (VOD) | A | Dividend | J | T | | | | | |
| 157.  - -Westar Energy, Inc. (WR) | A | Dividend | J | T | | | | | |
| 158.  - -Babson Capital Corp. (MCI) | B | Dividend | K | T | | | | | |
| 159.  - -Mutual Quest (MQIFX) | A | Dividend | J | T | | | | | |
| 160.  - -Mutual Global Disc. (MDISX) | B | Dividend | L | T | | | | | |
| 161.  - -Centrus Energy (LEU) (See part VIII) | | None | J | T | | 09/30/14 | J | | |
| 162.  American Century Mutual Funds (Am. Century) | | | | | | | | | |
| 163.  - -Growth (TWCGX) | D | Dividend | K | T | | | | | |
| 164.  - -Ultra (TWCUX) | B | Dividend | K | T | | | | | |
| 165.  - -Balanced (TWBIX) | D | Dividend | L | T | | | | | |
| 166.  Federated Mutual Fund (Federated) | E | Distribution | M | T | | | | | |
| 167.  Vanguard | | | | | | | | | |
| 168.  - -Balanced Index Fund Investors Shares (VBINX) | A | Dividend | K | T | Buy | 09/30/14 | J | | |
| 169. | | | | | Buy | 11/17/14 | J | | |
| 170. | | | | | Buy | 12/08/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - -Tax Exempt Money Market Fund (VMSXX) | A | Dividend | K | T | Buy | 09/30/14 | J | | |
| 172. | | | | | Buy | 11/17/14 | J | | |
| 173. | | | | | Buy | 12/08/14 | J | | |
| 174.  - -Odyssey Marine Expl. (OMEX) | | None | J | T | | | | | |
| 175.  - -Prime Money Market Fund (VMMXX) | A | Dividend | P1 | T | | | | | |
| 176.  - -Windsor Fund Investor Shares (VWNDX) | C | Dividend | K | T | | | | | |
| 177.  Heartland Value Fund (HRTVX) | D | Distribution | L | T | | | | | |
| 178.  Manulife Financial Corp.(MFC) | B | Dividend | K | T | | | | | |
| 179.  General Mills 401(k) | | | | | | | | | |
| 180.  --Schwab money Mkt Fund (SWMXX) | A | Dividend | J | T | | | | | |
| 181.  - -General Mills (GIS) | B | Dividend | L | T | | | | | |
| 182.  - -F five | | None | L | T | | | | | |
| 183.  - -Mutual Funds | D | Dividend | O | T | | | | | |
| 184.  Aware Board Non-Qualified Fund Blue Cross Blue Shield | | | | | | | | | |
| 185.  --FID Growth Co., (FGCKX) | D | Dividend | M | T | | | | | |
| 186.  --SPTN 500 Index (FUSVX) | A | Dividend | L | T | | | | | |
| 187.  --Times Sq SMCAP (TSCPX) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --TMTL Global Bond (TPINX) | A | Dividend | K | T | | | | | |
| 189. --Fid Sel Tech (FSPTX) | | None | L | T | | | | | |
| 190. --Artisan Int/Val Inv (ARTKX) | D | Dividend | L | T | | | | | |
| 191. --Fid Sel Energy (FSENX) | B | Dividend | K | T | | | | | |
| 192. --Fid Sec Healthcare (FSPHX) | C | Dividend | L | T | | | | | |
| 193. --SPTN EXT Index A DV (FSEVX) | B | Dividend | L | T | | | | | |
| 194. Oklahoma Royalty Interest: Yazo County | A | Royalty | J | T | | | | | |
| 195. Oklahoma Royalty Interest: Marshall County | A | Royalty | J | T | | | | | |
| 196. Oklahoma Royalty Interest: Noble County | A | Royalty | J | T | | | | | |
| 197. Oklahoma Royalty Interest: Pottowatomic County | A | Royalty | J | T | | | | | |
| 198. Oklahoma Royalty Interest: Payne County | A | Royalty | J | T | | | | | |
| 199. Oklahoma Royalty Interest: Oklahoma County | A | Royalty | J | T | | | | | |
| 200. Oklahoma Royalty Interest: Caddo County | A | Royalty | J | T | | | | | |
| 201. Kansas Royalty Interest: Barton County | A | Royalty | J | T | | | | | |
| 202. Louisiana Royalty Interest: Webster County | C | Royalty | J | T | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 05/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

A.   Part VII; Line ## 1, 30, 50, 66, 76, 85, 121, 134, 162, 167, 179, and 184  are headers only. Column A describes the accounts in which the assets that follow are located. No information is provided in any column for these line items.

B.   Part VII; Line #87. I have aggregated several separate checking and savings accounts at Wells Fargo Bank.

C.   Part VII; Lines 154 and 161. This is my response to the Committe's Letter of Inquiry, dated September 1, 2015. (#25 in M:08-Reports-26142)
     My prior reports included stock in a company called USEC (Ticker symbol USU). That asset is included in Line 154 of the current (2014) Report. In column D(1) (Type of Transaction) I indicated that this asset was "merged" with the asset listed at Line #161, Centrus Energy (Ticker symbol LEU), the line item requiring a response to the Committee's Letter of inquiry. To be more clear, those two assets were not technically merged. USEC emerged from a Chapter 11 bankruptcy proceeding on 9/30/14, the date indicated for the merger in line 154. Centrus Energy is the new name for the company formerly known as USEC. The ticker symbol for the newly named Centrus is LEU. USEC (USU) will not appear on future reports. Centrus Energy (LEU) will.

The asset on Line 161, Centrus Energy (LEU) is held in the Morgan Stanley Brokerage Account (Header Line # 134). As such, it should have been preceeded by a "--".

In addition to the corrections suggested at Part VII, Lines 107, and 186-189 have been also been made.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ FRANKLIN L. NOEL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544